THE HONORABLE BENJAMIN H. SETTLE

FILED
RECEIVED
LODGED
JAN 17 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD CHAPEL, an individual, | Case No.: CV-11-05882-BHS |
| Plaintiff, | [PROPOSED] ORDER ON THE MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTE PLAINTIFF PRO SE |
| v. | |
| BAC HOME LOANS SERVICING, LP, a foreign corporation, BANK OF AMERICA, N.A., a foreign corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation, RECONTRUST COMPANY, N.A., a foreign corporation, | |
| Defendants. | |

This matter came before the court on David Richardson's motion to withdraw as counsel for Plaintiff Richard Chapel (Plaintiff) and to substitute Plaintiff *pro se*. Upon reviewing the pleadings and record, this Court FINDS that Plaintiff requested to terminate the services of PDX Law Group PC and David Richardson, and to proceed *pro se*. This Court further FINDS that good cause exists for removal and that removal will not result in any delay in discovery, trial, or any pending hearing.

///

[PROPOSED] ORDER ON MOTION TO WITHDRAW
AND SUBSTITUTE PLAINTIFF PRO SE – Page 1 of 2
*Chapel v. BAC Home Loans Servicing, LP*, 11-05882

1   Therefore, pursuant to LCR 83.2(b), IT IS ORDERED that David Richardson, Christopher
2   Schwindt, and PDX Law Group PC are permitted to withdraw, and shall have no further
3   responsibilities in this matter. The withdrawal shall be effective as of the date of this order. Plaintiff
4   shall be entered as Plaintiff *pro se* and may be served and contacted at 5405 NE 95th Street,
5   Vancouver, WA 98665, and 360-609-9009.

DATED: 1/14/13

BENJAMIN H. SETTLE
U.S. District Court Judge, Western District of Washington

Submitted by:

David Richardson
david@pdxlawgroup.com
PDX Law Group PC
621 SW Morrison, Ste 1200
Portland, OR 97205
FAX: 503-536-6843
Attorneys for Plaintiff

[PROPOSED] ORDER ON MOTION TO WITHDRAW
AND SUBSTITUTE PLAINTIFF PRO SE – Page 2 of 2
*Chapel v. BAC Home Loans Servicing, LP*, 11-05882